UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALISON KOHLER,

                Plaintiff,

      -against-

FEDERAL EMERGENCY MANAGEMENT
AGENCY, ET AL.,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2021

17 **CIVIL** 7839 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 2, 2021, FEMA's motion for summary judgment is GRANTED as to all of Kohler's claims; accordingly, the case is closed.

**Dated:** New York, New York
        April 5, 2021

                                  **RUBY J. KRAJICK**
                                    **Clerk of Court**
                BY:
                                    **Deputy Clerk**